**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:25-cv-25206-LEIBOWITZ/AUGUSTIN-BIRCH**

**CLAUDIO ROMERO,**

　　　*Plaintiff,*

v.

**MONISON PALLETS, INC.,** *et al.,*

　　　*Defendants.*

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendation by United States Magistrate Judge Panayotta D. Augustin-Birch [ECF No. 38] (the "R&R"), filed on June 29, 2026. Judge Birch recommends granting the parties' Joint Motion to Approve Settlement [ECF No. 34]. "In order to challenge the findings and recommendations of the magistrate judge, a party must file written objections which shall specifically identify the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection." *Macort v. Prem, Inc.*, 208 F. App'x 781, 783 (11th Cir. 2006) (cleaned up). The objections must also present "supporting legal authority." S.D. Fla. L. Mag. J.R. 4(b). Once a district court receives "objections meeting the specificity requirement set out above," it must "make a *de novo* determination of those portions of the report to which objection is made and may accept, reject, or modify in whole or in part, the findings or recommendations made by the magistrate judge." *Macort*, 208 F. App'x at 783–84 (cleaned up). To the extent a party fails to object to parts of the magistrate judge's report, those portions are reviewed for clear error. *Id.* at 784 (cleaned up).

No objections were filed during the 14-day objection period. After reviewing the R&R for clear error, the Court finds not only no clear error but also notes that Judge Birch's R&R is thorough,

cogent, and compelling.  The Court approves Judge Birch's careful consideration of the proposed settlement and adopts the R&R in its entirety.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Magistrate Judge's Report and Recommendation [**ECF No. 38**] is **APPROVED** and **ADOPTED** and made a part of this Order for all purposes.

2. The Settlement Agreement is **APPROVED**.

3. This action is **DISMISSED** *with prejudice.*

4. The *Clerk* is *directed* to **CLOSE** this case.  All deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

5. The Court retains jurisdiction for the sole purpose of enforcing the parties' settlement agreement.

**DONE AND ORDERED** in the Southern District of Florida on July 20, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:     counsel of record

2